UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW NORMAN BALLEK,<br><br>Defendant. | CRIMINAL NO.<br><br>GRAND JURY ORIGINAL<br><br>VIOLATIONS:<br><br>18 U.S.C. § 2252(a)(2), (b)(1)<br>(Distribution of Child Pornography)<br><br><br>**FILED UNDER SEAL** |

**ORDER**

This matter having come before the Court pursuant to the Motion of the United States to seal the Indictment, its Motion to Seal and proposed Order, and any Order granting its Motion, the Court finds, because of such reasonable grounds to believe that disclosure will result in flight from prosecution, the United States has established that a compelling governmental interest exists to justify the requested sealing.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED**, and that the Indictment, the United States' Motion to Seal and proposed Order, this Order, and all related submissions shall be **FILED UNDER SEAL** until the arrest warrant is executed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall delay any entry on the public docket of the Indictment and other sealed filings until the arrest warrant is executed.

Dated:  February 1, 2024

                                                                                  _____
                                                                                  Honorable G. Michael Harvey
                                                                                  United States Magistrate Judge