AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

U.S. MARSHAL-DC PM4:14
RECEIVED FEB 1 '24

United States of America
v.
Matthew Norman Ballek

)
) Case: 1:24-cr-00061
) Assigned To : Walton, Reggie B.
) Assign. Date : 2/1/2024
) Description: INDICTMENT (B)
)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MATTHEW NORMAN BALLEK                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 2252(a)(2), (b)(1) - Distribution of Child Pornography

Date:   02/01/2024

2024.02.01
13:56:20
-05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/1/24, and the person was arrested on *(date)* 2/7/24
at *(city and state)* Washington, DC

Date: 2/7/24

*Arresting officer's signature*

Hector Sepulveda, Special Agent
*Printed name and title*