UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MATTHEW NORMAN BALLEK,**<br><br>**Defendant.** | Case No. 24-CR-61 (RBW) |

**UNOPPOSED MOTION FOR AN ORDER PERMITTING THE DISCLOSURE OF ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)**

    The United States of America, by and through its undersigned counsel, respectfully moves this Court for entry of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The defense does not oppose this Motion.

    WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

Dated: February 14, 2024    By:    */s/ Paul V. Courtney*
Paul V. Courtney
D.C. Bar No. 1034252 / N.Y. Bar No. 5392337
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 252-1719
paul.courtney@usdoj.gov