UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW NORMAN BALLEK,<br><br>Defendant. | Case No. 24-CR-61 (RBW) |

### [PROPOSED] ORDER

Upon consideration of the United States' Unopposed Motion for an Order Permitting the Disclosure of Items Protected by Federal Rule of Criminal Procedure 6(e), it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e).

_____
The Honorable Reggie B. Walton
United States District Judge