UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 24-61 (RBW) |
| MATTHEW NORMAN BALLEK, | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the government's Unopposed Motion for an Order Permitting the Disclosure of Items Protected by Federal Rule of Criminal Procedure 6(e), ECF No. 10, it is hereby

**ORDERED** that the government's Unopposed Motion for an Order Permitting the Disclosure of Items Protected by Federal Rule of Criminal Procedure 6(e), ECF No. 10, is **GRANTED**. It is further

**ORDERED** that the government is permitted to disclose the necessary items otherwise protected by Federal Rule of Criminal Procedure 6(e) in order to comply with its discovery obligations in this case.

**SO ORDERED** this 22nd day of February, 2024.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Judge