UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 24-cr-61 (RBW) |
| MATTHEW NORMAN BALLEK, | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL**

Undersigned counsel, Assistant Federal Public Defender Alexis Gardner, requests withdrawal as counsel of record from the above captioned matter. The defendant, Matthew Ballek, is instead being represented by retained counsel.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
ALEXIS MORGAN GARDNER
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Alexis_Gardner@fd.org