**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                            )<br>)<br>MATTHEW NORMAN BALLEK,           )<br>)<br>Defendant.           )<br>) | Criminal Action No. 24-61 (RBW) |

**ORDER**

Upon consideration of the Notice of Defendant's Consent to Exclude Time Under the Speedy Trial Act, ECF No. 13, it is hereby

**ORDERED** that, with the consent of the defendant, Matthew Norman Ballek, the time between February 21, 2024, and April 5, 2024, is excluded under the Speedy Trial Act.

**SO ORDERED** this 13th day of March, 2024.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Judge