AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24 cr 61 (RBW) |
| MATTHEW BALLEK | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MATTHEW BALLEK.

Date: 02/12/2024

*Attorney's signature*

BRANDI HARDEN, BAR NO. 470-706
*Printed name and bar number*

400 7TH St. NW #604
Washington, DC 20004

*Address*

b@hardenlawoffices.com
*E-mail address*

(202) 621-8268
*Telephone number*

(202) 315-2600
*FAX number*