UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Case No. 24-cr-00061 (RBW) |
| v. : | |
| : | Status Hearing: April 5, 2024 |
| : | |
| MATTHEW BALLEK, : | |
| Defendant. : | |

## CONSENT MOTION TO CONTINUE STATUS HEARING

Defendant Matthew Ballek, by and through undersigned counsel, respectfully moves this Court to continue his status hearing scheduled for April 5, 2024, to May 6th, 9th, or 30th, 2024.

In support of the motion, counsel states the following:

1. On February 7, 2024, Mr. Ballek was arraigned before Magistrate Judge G. Michael Harvey.

2. On February 12, 2024, Mr. Ballek conceded detention and waived written findings.

3. On March 28, 2024, counsel received a plea offer from the government.

4. Beginning April 1, 2024, counsel has been in daily depositions in a wrongful death suit against the Metropolitan Police Department. Counsel has not had an opportunity to fully discuss the plea offer with Mr. Ballek and needs additional time.

5. Currently, there is no further update regarding the status of Mr. Ballek case, as the parties remain in ongoing negotiations. Therefore, Mr. Ballek requests that the court continue the status hearing from April 5, 2024, to any of the above-mentioned dates, or to dates that are convenient for the Court. The parties are not available from May 16-29, 2024.

6. The United States Attorney's Office consents to Mr. Ballek's request.

7. Counsel submits that the time between now and the next hearing shall be excluded pursuant to the Speedy Trial Act.

WHEREFORE, Mr. Ballek respectfully requests that the Court continue his status hearing scheduled for April 5, 2023, to May 6th, 9th, or 30th, 2024.

                                                        Respectfully submitted,

                                                        /s/ *Brandi Harden*
                                                        Brandi Harden, Esq.
                                                        Counsel for Matthew Ballek
                                                        Bar No. 470-706
                                                        Harden | Law, PLLC
                                                        400 7th Street NW, Suite 604
                                                        Washington, DC 20004
                                                        202.390.0374
                                                        bharden@hardenpinckney.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, I caused a copy of the foregoing motion to be served on counsel of record via ECF.

                                                        /s/ *Brandi Harden*
                                                        _____
                                                        Brandi Harden, Esq.