# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Case No. 24-cr-00061 (RBW) |
| v. | : | |
| | : | Status Hearing: April 5, 2024 |
| | : | |
| **MATTHEW BALLEK,** | : | |
|    **Defendant.** | : | |

Upon consideration of the Consent Motion to Continue it is this _____ day of April 2024, hereby,

ORDERED that the motion is GRANTED; it is further

ORDERED that the status hearing previously scheduled for April 5, 2024, has been rescheduled to _____, 2024.

SO ORDERED.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE