UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MATTHEW NORMAN BALLEK, )<br>)<br>Defendant. )<br>) | Criminal Action No. 24-61 (RBW) |

### ORDER

Upon consideration of the defendant's Consent Motion to Continue Status Hearing, ECF No. 19, and for good cause shown, it is hereby

**ORDERED** that the defendant's Consent Motion to Continue Status Hearing, ECF No. 19, is **GRANTED**. It is further

**ORDERED** that the status hearing currently scheduled for April 5, 2024, is **CONTINUED** to May 30, 2024, at 11:30 a.m. The parties shall appear for the status hearing before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, on or before April 11, 2024, the defendant, Matthew Norman Ballek, shall file a signed waiver on the docket indicating that he consents to waiving his Speedy Trial Act rights for the time between April 5, 2024, and May 30, 2024.

**SO ORDERED** this 4th day of April, 2024.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge