UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | |
| ) | Criminal No. 24-CR-61 (RBW) |
| MATTHEW BALLEK ) | |
| ) | |
| Defendant   ) | |

**NOTICE OF DEFENDANT'S CONSENT TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT**

Matthew Ballek hereby acknowledges his voluntary consent to exclude time under the Speedy Trial Act pursuant to 18 U.S. Code § 3161 between February 21, 2024, and April 5, 2024.

_____
Matthew Ballek


Respectfully submitted,

/s/ Brandi Harden
_____
Brandi Harden, Esq.
Counsel for Matthew Ballek
Bar No. 470-706
Harden | Law, PLLC
400 7th Street NW, Suite 604
Washington, D.C. 20004
202.621.8268
b@hardenlawoffices.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2024, a copy of the foregoing was filed via CM/ECF, notifying all parties of record.

_____

Brandi Harden