UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 24-CR-61 (RBW) |
| **MATTHEW BALLEK** | ) | |
| | ) | |
| **Defendant** | ) | |

### NOTICE OF DEFENDANT'S CONSENT TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Matthew Ballek hereby acknowledges his voluntary consent to exclude time under the Speedy Trial Act pursuant to 18 U.S. Code § 3161 between April 5, and May 30, 2024.

_____
Matthew Ballek


Respectfully submitted,

/s/ Brandi Harden
_____
Brandi Harden, Esq.
Counsel for Matthew Ballek
Bar No. 470-706
Harden | Law, PLLC
400 7th Street NW, Suite 604
Washington, D.C. 20004
202.621.8268
b@hardenlawoffices.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 17, 2024, a copy of the foregoing was filed via CM/ECF, notifying all parties of record.

_____

Brandi Harden