UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 24-61 (RBW) |
| ) | |
| MATTHEW NORMAN BALLEK, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Notice of Defendant's Consent to Exclude Time Under the Speedy Trial Act, ECF No. 22, it is hereby

**ORDERED** that, with the consent of the defendant, Matthew Norman Ballek, the time between April 5, 2024, and May 30, 2024, is excluded under the Speedy Trial Act.

**SO ORDERED** this 18th day of April, 2024.

REGGIE B. WALTON
United States District Judge