UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Case No. 24-cr-00061 (RBW) |
| v. | : | |
| | : | Status Hearing: May 30, 2024 |
| | : | |
| MATTHEW BALLEK, | : | |
| Defendant. | : | |

### CONSENT MOTION TO CONTINUE STATUS HEARING

Defendant Matthew Ballek, by and through undersigned counsel, respectfully moves this Court to continue his status hearing scheduled for May 30, 2024, to July 22 or 23, 2024.

In support of the motion, counsel states the following:

1. On February 7, 2024, Mr. Ballek was arraigned before Magistrate Judge G. Michael Harvey.

2. On February 12, 2024, Mr. Ballek conceded detention and waived written findings.

3. On March 28, 2024, counsel received a plea offer from the government. Counsel has reviewed the plea offer with Mr. Ballek and this case remains on track for the entry of a plea.

4. On May 16, 2024, counsel spoke to the assigned AUSA about specific terms of the plea offer. Since that date, counsel has gathered additional information related to Mr. Ballek's case to be provided to the government and the parties remain in ongoing plea negotiations. Currently there are no updates to the status of the case, other than the parties are in active negotiations.

5. Mr. Ballek consents to the exclusion of time under the Speedy Trial Act, and respectfully requests that the court continue the status hearing from May 30, 2024, to

any of the above-mentioned dates, or to dates that are convenient for the Court. The parties are not available from July 7-20 or 24-31, 2024.

6. The United States Attorney's Office consents to Mr. Ballek's request.

7. Counsel submits that the time between now and the next hearing shall be excluded pursuant to the Speedy Trial Act and will provide the Court with a signed written waiver from Mr. Ballek.

WHEREFORE, Mr. Ballek respectfully requests that the Court continue his status hearing scheduled for May 30, 2024to July 22 or July 23, 2024.

Respectfully submitted,

/s/ *Brandi Harden*
Brandi Harden, Esq.
Counsel for Matthew Ballek
Bar No. 470-706
Harden | Law, PLLC
400 7th Street NW, Suite 604
Washington, DC 20004
202.390.0374
bharden@hardenpinckney.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2024, I caused a copy of the foregoing motion to be served on counsel of record via ECF.

/s/ *Brandi Harden*
_____
Brandi Harden, Esq.