# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 24-cr-00061 (RBW) |
| **v.** : | |
| : | Status Hearing: May 30, 2024 |
| **MATTHEW BALLEK,** : | |
| **Defendant.** : | |

Upon consideration of the Consent Motion to Continue it is this _____ day of May 2024, hereby,

ORDERED that the motion is GRANTED; it is further

ORDERED that the status hearing previously scheduled for May 30, 2024, has been rescheduled to _____, 2024.

SO ORDERED.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE