UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 24-61 (RBW) |
| ) | |
| MATTHEW NORMAN BALLEK, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's Consent Motion to Continue Status Hearing, ECF No. 24, and for good cause shown, it is hereby

**ORDERED** that the defendant's Consent Motion to Continue Status Hearing, ECF No. 24, is **GRANTED**. It is further

**ORDERED** that the status hearing currently scheduled for May 30, 2024, is **CONTINUED** to July 23, 2024, at 9:30 a.m. The parties shall appear for the status hearing before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, on or before June 4, 2024, the defendant, Matthew Norman Ballek, shall file a signed waiver on the docket indicating that he consents to waiving his Speedy Trial Act rights for the time between May 30, 2024, and July 23, 2024.

**SO ORDERED** this 28th day of May, 2024.

REGGIE B. WALTON
United States District Judge