UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 24-CR-61 (RBW) |
| MATTHEW BALLEK ) | |
| ) | |
| **Defendant** ) | |

### NOTICE OF DEFENDANT'S CONSENT TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Matthew Ballek, *nunc pro tunc* to July 26, 2024, hereby acknowledges his voluntary consent to exclude time under the Speedy Trial Act pursuant to 18 U.S. Code § 3161 between May 30, 2024 and August 19, 2024.

_____
Matthew Ballek


Respectfully submitted,

/s/ Brandi Harden

_____
Brandi Harden, Esq.
Counsel for Matthew Ballek
Bar No. 470-706
Harden | Law, PLLC
400 7th Street NW, Suite 604
Washington, D.C. 20004
202.621.8268
b@hardenlawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2024 a copy of the foregoing was filed via CM/ECF, notifying all parties of record.

_____

Brandi Harden