UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 24-61 (RBW) |
| | ) |
| MATTHEW NORMAN BALLEK, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Notice of Defendant's Consent to Exclude Time Under the Speedy Trial Act, ECF No. 28, it is hereby

**ORDERED** that, with the consent of the defendant, Matthew Norman Ballek, the time between May 30, 2024, and August 19, 2024, is excluded under the Speedy Trial Act.

**SO ORDERED** this 5th day of August, 2024.

REGGIE B. WALTON
United States District Judge