UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-cr-00061 (RBW) |
| : | |
| MATTHEW BALLEK, : | |
|     Defendant. : | |

## ORDER

Upon consideration of the Consent Motion to Vacate Status Hearing and Schedule Plea Hearing it is this _____ day of August 2024, hereby,

ORDERED that the motion is GRANTED; it is further

ORDERED that the status hearing previously scheduled for August 19, 2024, has been vacated and plea hearing is scheduled for October 4, 2024, at 3 PM.

SO ORDERED.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE