Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 24-cr-61 (RBW) |
| ) | |
| MATTHEW NORMAN BALLEK ) | |

## WAIVER OF INDICTMENT

I, __Matthew Norman Ballek__, the above-named defendant, who is accused of

Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __October 4, 2024__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before: _____   Date: 10/4/2024
Reggie B. Walton
United States District Judge