UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Case No. 24-cr-00061 (RBW) |
| v. | : | |
| | : | Sentencing March 21, 2025 |
| | : | |
| MATTHEW BALLEK, | : | |
|     Defendant. | : | |

### CONSENT MOTION TO CONTINUE SENTENCING

Defendant Matthew Ballek, by and through undersigned counsel, respectfully moves this Court to continue his sentencing scheduled for March 21, 2025, to April 29, 2025.

In support of the motion, counsel states the following:

1. Mr. Ballek is scheduled for sentencing on March 21, 2025.

2. Counsel's mother is ill, and counsel needs additional time to prepare for Mr. Ballek's sentencing.

3. The government does not object to a short continuance.

4. Mr. Ballek's family will be traveling from Canada, and therefore counsel has filed the request as early as possible to minimize any inconvenience to the Court and Mr. Ballek's family.

5. Counsel met with Mr. Ballek on February 14, 2025, who consents to rescheduling the sentencing hearing for April 28, 2025.

6. The United States Attorney's Office consents to Mr. Ballek's request.

7. Counsel further requests that the government's sentencing memorandum be due April 22, 2025, and Mr. Ballek's memorandum be due April 25, 2028.

WHEREFORE, Mr. Ballek respectfully requests that, for good cause shown, this Honorable Court continue his sentencing hearing to April 29, 2025.

Respectfully submitted,

/s/ *Brandi Harden*
Brandi Harden, Esq.
Counsel for Matthew Ballek
Bar No. 470-706
Harden | Law, PLLC
400 7th Street NW, Suite 604
Washington, DC 20004
202.390.0374
bharden@hardenpinckney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2025, I caused a copy of the foregoing motion to be served on counsel of record via ECF.

/s/ Brandi Harden
_____
Brandi Harden, Esq.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 24-cr-00061 (RBW)** |
| v. : | |
| : | Sentencing March 21, 2025 |
| **MATTHEW BALLEK,** : | |
| **Defendant.** : | |

## ORDER

Upon consideration of Defendant's Consent Motion to Continue Sentencing, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the government's sentencing memorandum shall be due April 22, 2025, and Mr. Ballek's memorandum shall be due April 25, 2028.

**SO ORDERED,** this _____ day of February 2025.

_____
REGGIE B. WALTON
United States District Judge