UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Case No. 24-cr-00061 (RBW) |
| v. : | |
| : | |
| MATTHEW BALLEK, : | |
|      Defendant. : | |

## CONSENT MOTION TO CONTINUE SENTENCING

Defendant Matthew Ballek, by and through undersigned counsel, respectfully moves this Court to continue his sentencing scheduled for April 28, 2025.

In support of the motion, counsel states the following:

1. Mr. Ballek is scheduled for sentencing on April 28, 2025.

2. Based on counsel's schedule, Mr. Ballek respectfully requests a sentencing date of June 30, 2025, at 2 PM.

3. The government does not object to Mr. Ballek's request.

4. Counsel further requests that the government's sentencing memorandum be due June 23, 2025, and Mr. Ballek's memorandum be due June 26, 2025.

WHEREFORE, Mr. Ballek respectfully requests that, for good cause shown, this Honorable Court continue his sentencing hearing to June 30, 2025, at 2 PM.

Respectfully submitted,

/s/ *Brandi Harden*
Brandi Harden, Esq.
Counsel for Matthew Ballek
Bar No. 470-706
Harden | Law, PLLC
400 7th Street NW, Suite 604
Washington, DC 20004
202.390.0374
bharden@hardenpinckney.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I caused a copy of the foregoing motion to be served on counsel of record via ECF.

/s/ Brandi Harden
_____
Brandi Harden, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 24-cr-00061 (RBW)** |
| v. : | |
| : | |
| **MATTHEW BALLEK,** : | |
| Defendant. : | |

**ORDER**

Upon consideration of Defendant's Consent Motion to Continue Sentencing, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED and Mr**. Ballek's sentencing shall be scheduled for June 30, 2025, at 2 PM;

It is further **ORDERED** that the government's sentencing memorandum shall be due June 23, 2025, and Mr. Ballek's memorandum shall be due June 26, 2025.

**SO ORDERED,** this _____ day of _____, 2025.

_____
REGGIE B. WALTON
United States District Judge