**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.   **24-cr-61 (RBW)** |
| **v.** : | |
| : | |
| **MATTHEW BALLEK,** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF FILING OF PROPOSED FORFEITURE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached proposed order of forfeiture in advance of the defendant's sentencing hearing, set for June 30, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO.
INTERIM UNITED STATES ATTORNEY

By:   */s/ Karen Shinskie*
Karen Shinskie
Assistant United States Attorney
DC Bar No. 1023004
601 D Street, N.W.
Washington, D.C. 20530
Phone: 202-730-6878
Email: karen.shinskie@usdoj.gov