UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 24-cr-61 (RBW)** |
| : | |
| **MATTHEW BALLEK** : | |
| : | |
| **Defendant** : | |
| : | |

## ORDER OF FORFEITURE

***WHEREAS***, on October 4, 2024, the defendant entered a plea of guilty to one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4), which the Court accepted on the same date;

***WHEREAS***, within the express terms of the written plea agreement the defendant agreed to forfeit the following property, including: one Samsung Galaxy S23 cellular phone with IMEI 358835963072563 seized from the Defendant and currently in the custody/or control of the Federal Bureau of Investigation; which was seized from the defendant and was involved in or used in violation of Federal law;

***WHEREAS***, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, that (1) any property, real or personal: (a) that was involved in, used, or intended to be used to commit or to facilitate the commission of such violations, and any property traceable to such property; (b) constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violations, and any property traceable to such property; (c) involved in, used, or intended to be used to commit or to facilitate the commission of such violations; and (d) which constitutes or is derived from proceeds traceable to the violations to which the defendant has pled guilty, pursuant to 18 U.S.C. §2253;

*WHEREAS*, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, that the following specific property is subject to forfeiture: one Samsung Galaxy S23 cellular phone with IMEI 358835963072563 seized from the Defendant and currently in the custody and control of the Federal Bureau of Investigation;

*WHEREAS*, pursuant to Federal Rule of Criminal Procedure 32.2, this Court determines that the Government has established the requisite nexus between the specific property listed in the prior paragraph and the violations to which the defendant has been found guilty;

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 2253: 1) any property, real or personal: (a) that was involved in, used, or intended to be used to commit or to facilitate the commission of such violations, and any property traceable to such property; (b) constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violations, and any property traceable to such property; (c) involved in, used, or intended to be used to commit or to facilitate the commission of such violations; and (d) which constitutes or is derived from proceeds traceable to the violations alleged in Count 1, pursuant to Title 18, United States Code, Section 2253.

2. The following specific property is declared forfeited to the United States: Two cellular phones seized from the defendant and currently in the custody and control of the Federal Bureau of Investigation.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is final as to the defendant and shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

**IT IS SO ORDERED.**

Dated this 30th day of June, 2025.

_____
THE HONORABLE REGINALD B. WALTON
United States District Judge