**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )    Criminal Action No. 24-61 (RBW) |
| | ) |
| MATTHEW NORMAN BALLEK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

On June 30, 2025, the Court sentenced the defendant to a term of forty-six months of incarceration, to be followed by six years of supervised release, and a special assessment in the amount of one hundred dollars to be paid to the Court. See Minute Entry (Jun. 30, 2025). Pursuant to 18 U.S.C. § 3585(b)(1), the defendant is also entitled to "credit toward the service of [his] term of imprisonment" for the time he has spent in pretrial detention if his detention was due to this case, although this entitlement was not explicitly stated on the record during the sentencing hearing. Therefore, because the defendant is legally entitled to credit for the time he has served in pretrial detention but that was not explicitly stated on the record during the sentencing hearing, the Court will order that the defendant be given credit for any time he has spent detained as a result of the offense for which he pleaded guilty in this case. Accordingly, it is hereby

**ORDERED** that pursuant to 18 U.S.C. § 3585(b)(1), the defendant be given credit for time served in pretrial detention for this case.

**SO ORDERED** this 23rd day of July, 2025.

REGGIE B. WALTON
United States District Judge